## Owens *v.* Fullington.

APPEAL from the City Court of Gadsden.
Tried before the Hon. JOHN H. DISQUE.

MOTLEY & CARSON, for appellant.

P. E. CULLI, for appellee.

This action was brought by the appellee, B. F. Owens, against W. F. Fullington and the Queen City Lumber Company, to recover the statutory penalty for cutting trees from the lands of the plaintiff without his consent. There were verdict and judgment for the defendant.

The judgment is affirmed on the authority of *Williams v. Hendricks*, 115 Ala. 277.

Opinion by McCLELLAN, C. J.

---

## The State *v.* Wise.

APPEAL from the Circuit Court of Jefferson.
Tried before the Hon. A. A. COLEMAN.

MASSEY WILSON, Attorney-General, for the State.

No counsel marked as appearing for appellee.

The appeal in this case is prosecuted by the State from an order of the judge of the Tenth Judicial circuit, admitting the appellee to bail.

The appeal is abated.